### BAXTER HEALTHCARE CORPORATION, Baxter Healthcare SA, and Baxter International, Inc., Plaintiffs–Appellants,

and

### Deka Products Limited Partnership, Plaintiff–Appellant,

v.

### FRESENIUS MEDICAL CARE HOLDINGS, INC., Fresenius Medical Care North America, and Fresenius USA, Inc., Defendants–Appellees.

### Baxter Healthcare Corporation, Baxter Healthcare SA, and Baxter International, Inc., Plaintiffs–Appellees,

and

### Deka Products Limited Partnership, Plaintiff–Appellee,

v.

### Fresenius Medical Care Holdings, Inc., Fresenius Medical Care North America, and Fresenius USA, Inc., Defendants–Appellants.

#### Nos. 2011–1268, 2011–1302.

United States Court of Appeals,
Federal Circuit.

Sept. 22, 2011.

---

David K. Callahan, Kirkland & Ellis, LLP, Chicago, IL, Maureen K. Toohey, Toohey Law Group, Boston, MA, for Plaintiffs–Appellants.

Juanita R. Brooks, Fish & Richardson, P.C., San Diego, CA, for Defendants–Appellants.

### ON MOTION

### ORDER

Fresenius Medical Care Holdings, Inc., Fresenius Medical Care North America, and Fresenius USA, Inc., move without opposition to withdraw their cross-appeal no. 2011–1302.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011–1302 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011–1302.

(3) The revised official caption for 2011–1268 is reflected above.